201981073



11-11-2019

ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY
C/O: CT CORPORATION SYSTEM
1999 BRYAN STREET SUITE 900
DALLAS TX 75201-3136



EXHIBIT B

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

Certified Document Number: 88091167 - Page 1 of 1



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   December 10, 2019

Certified Document Number:        88091167 Total Pages:  1

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

CAUSE NO. 201981073

RECEIPT NO.            75.00     CTM
*********              TR # 73694259

| | |
|---|---|
| PLAINTIFF: EL-TABLAWY, MAHDY<br>vs.<br>DEFENDANT: ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY | In The    152nd<br>Judicial District Court<br>of Harris County, Texas<br>152ND DISTRICT COURT<br>Houston, TX |

CITATION (CERTIFIED)
THE STATE OF TEXAS
County of Harris

TO: ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY
    (ILLINOIS INSURANCE COMPANY) BY SERVING ITS REGISTERED AGENT
    CT CORPORATION SYSTEM

    1999 BRYAN STREET SUITE 900    DALLAS  TX  75201 - 3136

    Attached is a copy of PLAINTIFFS' ORIGINAL PETITION REQUEST FOR DISCLOSURE AND JURY DEMAND

This instrument was filed on the 7th day of November, 2019, in the above cited cause number and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

    This citation was issued on 8th day of November, 2019, under my hand and seal of said Court.

Issued at request of:                     MARILYN BURGESS, District Clerk
SCHERRER, ROBERT                          Harris County, Texas
5177 RICHMOND, SUITE 505                  201 Caroline, Houston, Texas 77002
HOUSTON, TX  77056                        (P.O. Box 4651, Houston, Texas 77210)
Tel: (713) 552-1144
Bar No.: 17745420                         Generated By: GILBERT, COURTNI NICOLE  U5U//11376106

---

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by mailing to Defendant certified mail, return receipt requested, restricted delivery, a true copy of this citation together with an attached copy of
 PLAINTIFFS' ORIGINAL PETITION REQUEST FOR DISCLOSURE AND JURY
to the following addressee at address:

.                                         ADDRESS

_____         Service was executed in accordance with Rule 106
                                             (2) TRCP, upon the Defendant as evidenced by the
(a)ADDRESSEE                                 return receipt incorporated herein and attached
                                             hereto at
_____

                                          on _____ day of _____, _____
                                          by U.S. Postal delivery to _____

                                          _____

                                          This citation was not executed for the following
                                          reason: _____

                                          _____

                                          MARILYN BURGESS, District Clerk
                                          Harris County, TEXAS

                                          By _____, Deputy

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging.

N.INT.CITM.P                              *73694259*

CAUSE NO.  201981073

RECEIPT NO.                                    75.00        CTM
            *********                          TR # 73694259

PLAINTIFF: EL-TABLAWY, MAHDY                   In The    152nd
        vs.                                    Judicial District Court
DEFENDANT: ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY    of Harris County, Texas
                                               152ND DISTRICT COURT
                                               Houston, TX

CITATION (CERTIFIED)
THE STATE OF TEXAS
County of Harris

TO: ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY
    (ILLINOIS INSURANCE COMPANY) BY SERVING ITS REGISTERED AGENT
    CT CORPORATION SYSTEM

    1999  BRYAN STREET SUITE 900    DALLAS  TX  75201 - 3136

    Attached is a copy of PLAINTIFFS' ORIGINAL PETITION REQUEST FOR DISCLOSURE AND JURY DEMAND

This instrument was filed on the 7th day of November, 2019, in the above cited cause number and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:

    This citation was issued on 8th day of November, 2019, under my hand and seal of said Court.



Issued at request of:                          MARILYN BURGESS, District Clerk
SCHERRER, ROBERT                               Harris County, Texas
5177 RICHMOND, SUITE 505                       201 Caroline, Houston, Texas 77002
HOUSTON, TX  77056                             (P.O. Box 4651, Houston, Texas 77210)
Tel: (713) 552-1144
Bar No.:  17745420                             Generated By: GILBERT, COURTNI NICOLE  U5U//11376106

CLERK'S RETURN BY MAILING

Came to hand the _____ day of _____, _____, and executed by mailing to Defendant certified mail, return receipt requested, restricted delivery, a true copy of this citation together with an attached copy of
 PLAINTIFFS' ORIGINAL PETITION REQUEST FOR DISCLOSURE AND JURY
to the following addressee at address:

_____      _____
                                                ADDRESS

                                                Service was executed in accordance with Rule 106
(a) ADDRESSEE                                      (2) TRCP, upon the Defendant as evidenced by the
                                                   return receipt incorporated herein and attached
                                                   hereto at
_____      _____

                                                _____
                                                on _____ day of _____, _____
                                                by U.S. Postal delivery to _____
                                                _____

                                                This citation was not executed for the following
                                                reason: _____
                                                _____

                                                MARILYN BURGESS, District Clerk
                                                Harris County, TEXAS

                                                By _____, Deputy

Certified Document Number: 88042788 - Page 2 of 2

N.INT.CITM.P                          *73694259*



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   December 10, 2019

Certified Document Number:       88042788 Total Pages:  2

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

11/7/2019 2:11:19 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 38316090
By: GILBERT, COURTNI N
Filed: 11/7/2019 2:11:19 PM

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK
201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

### Request for Issuance of Service

CASE NUMBER: _____   CURRENT COURT: _____

Name(s) of Documents to be served: Plaintiff's Original Petition and Request for Disclosure

FILE DATE: 11/6/2019    Month/Day/Year

SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):

Issue Service to: Allstate Vehicle and Property Insurance Company through its registered agent, CT

Address of Service: 1999 Bryan Street, Suite 900

City, State & Zip: Dallas, Texas 75201-3136

Agent (if applicable) CT Corporation System

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

- [x] Citation
- [ ] Citation by Posting
- [ ] Citation by Publication  Newspaper _____
- [ ] Citations Rule 106 Service
- [ ] Citation Scire Facias
- [ ] Temporary Restraining Order
- [ ] Precept
- [ ] Notice
- [ ] Protective Order
- [ ] Secretary of State Citation ($12.00)
- [ ] Capias (not an E-Issuance)
- [ ] Attachment
- [ ] Certiorari
- [ ] Highway Commission ($12.00)
- [ ] Commissioner of Insurance ($12.00)
- [ ] Hague Convention ($16.00)
- [ ] Garnishment
- [ ] Habeas Corpus
- [ ] Injunction
- [ ] Sequestration
- [ ] Subpoena
- [ ] Other (Please Describe) _____

(See additional Forms for Post Judgment Service)

**SERVICE BY** (check one):
- [ ] ATTORNEY PICK-UP (phone) _____
- [ ] MAIL to attorney at: _____
- [ ] CONSTABLE
- [x] CERTIFIED MAIL by District Clerk
- [ ] E-Issuance by District Clerk (No Service Copy Fees Charged)

*Note*: The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

- [ ] CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____  Phone: _____
- [ ] OTHER, explain _____

Issuance of Service Requested By: Attorney/Party Name: Robert Scherrer    Bar # or ID 17745420

Mailing Address: 5177 Richmond, Suite 505 Houston, TX 77

Phone Number: 713-552-1144



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   December 10, 2019

Certified Document Number:        87988344 Total Pages:  1

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

Case 4:19-cv-04858 Document 1-2 Filed on 12/13/19 in TXSD Page 8 of 16

11/7/2019 2:11:19 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 38316090
By: GILBERT, COURTNI N
Filed: 11/7/2019 2:11:19 PM

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY)*: _____  COURT *(FOR CLERK USE ONLY)*: _____

STYLED: Mahdy El-Tablawy and Nadia El-Tablawy v. Allstate Vehicle and Property Insurance Company
*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

## 1. Contact information for person completing case information sheet:

Name: Robert Scherrer
Email: BScherrer@ujsmlaw.com
Address: 5177 Richmond, Ste. 505
Telephone: 713-552-1144
City/State/Zip: Houston, Texas 77056
Fax: 713-781-4448
Signature: /S/ Robert Scherrer
State Bar No: 17745420

## Names of parties in case:

Plaintiff(s)/Petitioner(s): Mahdy El-Tablawy; Nadia El-Tablawy

Defendant(s)/Respondent(s): Allstate Vehicle and Property Insurance Company

## Person or entity completing sheet is:

☒ Attorney for Plaintiff/Petitioner
☐ Pro Se Plaintiff/Petitioner
☐ Title IV-D Agency
☐ Other:

Additional Parties in Child Support Case:
Custodial Parent:
Non-Custodial Parent:
Presumed Father:

## 2. Indicate case type, or identify the most important issue in the case (select only 1):

### Civil

**Contract**
*Debt/Contract*
☒ Consumer/DTPA
☐ Debt/Contract
☐ Fraud/Misrepresentation
☐ Other Debt/Contract:
*Foreclosure*
☐ Home Equity—Expedited
☐ Other Foreclosure
☐ Franchise
☐ Insurance
☐ Landlord/Tenant
☐ Non-Competition
☐ Partnership
☐ Other Contract:

**Injury or Damage**
☐ Assault/Battery
☐ Construction
☐ Defamation
*Malpractice*
☐ Accounting
☐ Legal
☐ Medical
☐ Other Professional Liability:
☐ Motor Vehicle Accident
☐ Premises
*Product Liability*
☐ Asbestos/Silica
☐ Other Product Liability List Product:
☐ Other Injury or Damage:

**Real Property**
☐ Eminent Domain/Condemnation
☐ Partition
☐ Quiet Title
☐ Trespass to Try Title
☐ Other Property:

**Related to Criminal Matters**
☐ Expunction
☐ Judgment Nisi
☐ Non-Disclosure
☐ Seizure/Forfeiture
☐ Writ of Habeas Corpus—Pre-indictment
☐ Other:

### Family Law

**Marriage Relationship**
☐ Annulment
☐ Declare Marriage Void
*Divorce*
☐ With Children
☐ No Children

**Other Family Law**
☐ Enforce Foreign Judgment
☐ Habeas Corpus
☐ Name Change
☐ Protective Order
☐ Removal of Disabilities of Minority
☐ Other:

**Post-judgment Actions (non-Title IV-D)**
☐ Enforcement
☐ Modification—Custody
☐ Modification—Other

**Title IV-D**
☐ Enforcement/Modification
☐ Paternity
☐ Reciprocals (UIFSA)
☐ Support Order

**Parent-Child Relationship**
☐ Adoption/Adoption with Termination
☐ Child Protection
☐ Child Support
☐ Custody or Visitation
☐ Gestational Parenting
☐ Grandparent Access
☐ Parentage/Paternity
☐ Termination of Parental Rights
☐ Other Parent-Child:

**Employment**
☐ Discrimination
☐ Retaliation
☐ Termination
☐ Workers' Compensation
☐ Other Employment:

**Other Civil**
☐ Administrative Appeal
☐ Antitrust/Unfair Competition
☐ Code Violations
☐ Foreign Judgment
☐ Intellectual Property
☐ Lawyer Discipline
☐ Perpetuate Testimony
☐ Securities/Stock
☐ Tortious Interference
☐ Other:

**Tax**
☐ Tax Appraisal
☐ Tax Delinquency
☐ Other Tax

### Probate & Mental Health

*Probate/Wills/Intestate Administration*
☐ Dependent Administration
☐ Independent Administration
☐ Other Estate Proceedings

☐ Guardianship—Adult
☐ Guardianship—Minor
☐ Mental Health
☐ Other:

## 3. Indicate procedure or remedy, if applicable (may select more than 1):

☐ Appeal from Municipal or Justice Court
☐ Arbitration-related
☐ Attachment
☐ Bill of Review
☐ Certiorari
☐ Class Action
☐ Declaratory Judgment
☐ Garnishment
☐ Interpleader
☐ License
☐ Mandamus
☐ Post-judgment
☐ Prejudgment Remedy
☐ Protective Order
☐ Receiver
☐ Sequestration
☐ Temporary Restraining Order/Injunction
☐ Turnover

## 4. Indicate damages sought (do not select if it is a family law case):

☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☒ Over $100,000 but not more than $200,000
☐ Over $200,000 but not more than $1,000,000
☐ Over $1,000,000



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   December 10, 2019

Certified Document Number:        87988343 Total Pages:  1

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

Case 4:19-cv-04858 Document 1-2 Filed on 12/13/19 in TXSD Page 10 of 16

11/7/2019 2:11 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 38316090
By: Courtni Gilbert
Filed: 11/7/2019 2:11 PM

CAUSE NO. _____

| | | |
|---|---|---|
| MAHDY EL-TABLAWY and NADIA EL-TABLAWY | § § § | IN THE DISTRICT COURT OF |
| v. | § § | HARRIS COUNTY, TEXAS |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY | § § | _____ JUDICIAL DISTRICT |

**PLAINTIFFS' ORIGINAL PETITION, REQUEST FOR DISCLOSURE AND JURY DEMAND**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs MAHDY EL-TABLAWY and NADIA EL-TABLAWY (hereinafter "Plaintiffs") and file this, their Plaintiff's Original Petition, complaining of Allstate Vehicle and Property Insurance Company, (hereinafter, "Allstate") and for cause of action would respectfully show unto the Court as follows:

**I.
PARTIES**

Plaintiffs are residents of Harris County, Texas.

Allstate is an Illinois insurance company, engaged in the business of selling insurance in, among other states, the State of Texas. Allstate may be served with citation by serving its registered agent, **CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136**. Plaintiff requests service at this time.

To the extent that the above-named defendant is conducting business pursuant to a trade name or assumed name, then suit is brought against it pursuant to the terms of Rule 28, Tex. R, Civ. P., and Plaintiffs hereby demand that upon answering this suit, Defendant answer in its correct legal name and/or assumed name.

**II.
JURISDICTION AND VENUE**

The Court has jurisdiction over Defendant as Defendant is engaged in the business of insurance in this state, and this suit arises out of Allstate's insurance activities in Harris County, Texas.

The amount in controversy exceeds the minimal jurisdictional limits of the Court. Venue is proper in Harris County, Texas, pursuant to §15.032, Texas Civil Practice and Remedies Code because Plaintiffs' insured property was located in Houston, Harris County, Texas.

## III.
## DISCOVERY PLAN

Pursuant to Rules 190.1 and 190.4 of the Texas Rules of Civil Procedure, Plaintiff intends to conduct discovery under LEVEL 3.

## IV.
## FACTS

Plaintiffs' home, located in Harris Country was severely damaged by Hurricane Harvey. Plaintiffs' property was covered under a policy of insurance purchased from Allstate. Following the hurricane, Plaintiffs filed a claim for damages resulting form the storm. Allstate initially covered the claim and made a partial payment for damages, advising Plaintiffs that they could submit a supplemental claim if the damages exceeded the amount originally paid. When a supplemental claim was filed, Allstate took no action on the claim and has up to the filing of this lawsuit ignored the claim and has made no contact with Plaintiffs' attorney.

Plaintiffs also assert that Allstate, through its adjusters made false and misleading representations about Plaintiffs' ability to file a supplemental claim with the intent to try to allow the statute of limitations to run before the supplemental claim was made.

Finally, Plaintiffs assert that Allstate has continued to delay and or deny Plaintiffs' supplemental claim in breach of their insurance contract and in violation of the Texas Insurance Code, as more fully specified below.

## V.
## UNDERLYING CAUSES OF ACTION

**A. BREACH OF CONTRACT AND BREACH OF COMMON LAW DUTY OF GOOD FAITH AND FAIR DEALING**

Allstate's conduct is in direct breach of their insurance contract with Plaintiffs in that

2

Allstate failed to provide full coverage for all the damages suffered by Plaintiffs. Instead, Allstate paid for only a portion of the damages, while at the same time promising Plaintiffs that they could file a supplemental claim. Once the supplemental claim was filed, Allstate has ignored and refused to honor the terms of its contract with Plaintiffs.

Allstate has also violated its common law duty of good faith and fair dealing by refusing to honor the supplemental claim filed by Plaintiffs.

### B. COMMON LAW FRAUD

Allstate's actions amount to common law fraud as it fraudulently represented that it would honor the supplemental claim of Plaintiffs. Instead, they failed to honor such supplemental claim in a timely and competent manner. Furthermore, Allstate intended for Plaintiffs to rely on the representations of Allstate to Plaintiffs' detriment by accepting partial payment for their claim.

### C. FRAUDULENT INDUCEMENT

Allstate fraudulently induced Plaintiffs to accept partial payment for their claim knowing full well that it was unwilling to honor its promise to honor Plaintiffs; supplemental claim.

### D. NEGLIGENCE

In addition to the above, Allstate was negligent in failing to honor the claim of Plaintiffs. Such negligence has proximately caused damages to Plaintiffs.

### E. GROSS NEGLIGENCE

In addition to the above, the conduct of Allstate exceeded ordinary negligence and amounts to gross negligence, in that its conduct; (i) viewed objectively from the standpoint of Allstate at the time of its occurrence involved an extreme degree of risk, considering the probability and magnitude of the potential harm to others; and (ii) of which Allstate had actual, subjective awareness of the risk involved, but nevertheless proceeded with conscious indifference to the rights, safety, or welfare of Plaintiffs.

### F. PROMISSORY ESTOPPEL

Allstate made certain promises to Plaintiffs as referenced above. Plaintiffs substantially

Certified Document Number: 87988342 - Page 3 of 6

relied on those promises to their own detriment. Further, based on the representations made by Allstate, Plaintiffs' reliance on the promises was reasonable, and was reasonably foreseeable by Allstate. Allstate's fraudulent, misleading, false and deceptive acts and practices were designed to, and in fact did, induce Plaintiffs to accept partial payment for their claim.

G. <u>DECEPTIVE TRADE PRACTICES</u>

Plaintiffs were "consumers" under the Texas Deceptive Trade Practices Act, TEX. BUS. & COM. CODE § 17.45. Allstate's conduct, as alleged herein, violates the Texas Business and Commerce Code, article 17.41-63, which prohibits false, misleading, or deceptive acts or practices in the conduct involving trade or commerce and insurance claims. More specifically, Allstate, among other things, violated §17.41-63 in the following particulars:

    a.   failing to reasonably and timely investigate, adjust and pay the claims of Plaintiffs;

    b.   misrepresenting that the insurance policy was of a particular standard, quality, or grade, when they were that of another;

    c.   representing that the policy had sponsorship, approval, characteristics, ingredients, uses, benefits, or quantities which it did not have;

    d.   advertising goods or services with intent not to sell or deliver them as advertised;

    e.   breaching an express warranty to pay Plaintiffs for the damages they suffered during Hurricane Harvey, which were covered by the policy of insurance sold to Plaintiffs by Allstate.

Each and all of the foregoing were direct, proximate and producing causes of the damages alleged herein, and were committed knowingly and intentionally.

Further, Allstate's actions were unconscionable in that they took advantage of Plaintiffs' lack of knowledge and expertise to a degree that entitles Plaintiffs to damages under section 70.50.

G. <u>VIOLATIONS OF TEXAS INSURANCE CODE</u>

Allstate's misrepresented, unreasonably delayed and continues to deny Plaintiffs' claims under the policy of insurance sold by Allstate. Such conduct is in violation of the Texas Insurance Code, Chapters 541 and 542. This statue establishes certain standards and statutory

4

duties owed to insured by Allstate and other insurance companies. These duties were breached in this case and Plaintiffs have suffered damages. More specifically, Allstate, among other things, violated Chapters 541 and 542 in the following particulars:

a. committing unfair settlement practices in violation of Chapter 541.060;

b. failing to explain why they failed to pay the claim of Plaintiffs;

c. failing to promptly pay the claim of Plaintiffs in violation of Chapter 542; and

d. misrepresenting that Plaintiffs could file a supplemental claim for damages not paid for with the initial insurance payment.

Allstate's conduct was committed knowingly as defined in Chapter 541.152.

## VI.
## DAMAGES

As a result of the conduct of Allstate, Plaintiffs are entitled to the following damages:

1. Actual damages;

2. Punitive damages;

3. Reasonable and necessary attorney's fees and expenses;

4. Mental anguish, past and future;

5. Statutory treble damages;

6. Costs of Court;

7. Prejudgment interest and post-judgment interest at the legal rate; and

8. All other relief to which Plaintiffs may show themselves justly entitled.

Said damages total an amount in excess of this Court's minimum jurisdictional limits.

## VII
## REQUEST FOR DISCLOSURE

Pursuant to Texas Rules of Civil Procedure, Rule 194.1, *et.seq* of the Texas Rules of Civil Procedure Plaintiffs request that Allstate disclose the information or material described in Rule 194.2(a) through (l) of the Texas Rules of Civil Procedure.  within 30 days after service of this request upon Defendant.

5

Certified Document Number: 87988342 - Page 5 of 6

## VIII.
## JURY DEMAND

Plaintiffs hereby demand a jury and has paid the jury fee along with the filing of this Petition.

## IX.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiffs prays that they do and have judgment against Allstate in the amount to be determined by the court, inclusive of interest, and for such other and further relief, both general and special, to which Plaintiffs may be justly entitled.

Respectfully submitted,

**UNDERWOOD, JONES & SCHERRER, PLLC**

By__/s/ Robert Scherrer_____
    Robert Scherrer
    State Bar No. 17745420
    BScherrer@ujsmlaw.com
    5177 Richmond, Suite 505
    Houston, Texas 77056
    (713) 552-1144- Telephone
    (713) 781-4448 - Telecopier

Attorneys for Plaintiffs



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   December 10, 2019

Certified Document Number:        87988342 Total Pages:  6

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**